Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

[Additional Attorneys listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.,*<br><br>Defendants. | Case No. CV-07-05981-MEJ<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>The Honorable Maria-Elena James |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to Local Rule 3-13, Plaintiff Nathan

Muchnick, Inc. provides notice that *Nathan Muchnick, Inc.  v. Chunghwa Picture Tubes, Ltd.,*

*et al.,* Case No. CV-07-5981-MEJ ("*Muchnick*"), involves all or a material part of the same

subject matter and all or substantially all of the same parties in the following pending actions:

- *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. CV-07-5944-SC ("*Crago*")

  pending in The United States District Court for the Northern District of California.  In

  both *Muchnick* and *Crago*, Plaintiffs allege that the Defendants illegally fixed the prices

  of cathode-ray tubes and/or products containing cathode-ray tubes.

1

- *Kindt v. Matsushita electric Industrial Co., Ltd, et. al.*, Case No. CV-07-10322-GBD

2    ("*Kindt*") pending in the United States District Court for the Southern District of New

3    York.  In both *Muchnick* and *Kindt*, Plaintiffs allege that the Defendants illegally fixed the

4    prices of products containing cathode-ray tubes.  Pursuant to Local Rule 3-13(b)(3)(B),

5    Plaintiff Nathan Muchnick, Inc. believes that transfer should be effected pursuant to 28

6    U.S.C. § 1407 (Multi-District Litigation Procedures).

7    Pursuant to Local Rule 3-12, Plaintiff has filed in *Crago* an Administrative Motion

8    to consider whether *Muchnick* and *Crago* should be related.

9    Dated: November 29, 2007                    Respectfully submitted,

10                                               LIEFF, CABRASER, HEIMANN &
                                                 BERNSTEIN, LLP
11

12

13   By:_____*/s/ Eric B. Fastiff*_____
                                                 Eric B. Fastiff

14                                               Richard M. Heimann (State Bar No. 063607)
15                                               *rheimann@lchb.com*
                                                 Joseph R. Saveri (State Bar No. 130064)
16                                               *jsaveri@lchb.com*
                                                 Eric B. Fastiff (State Bar No. 182260)
17                                               *efastiff@lchb.com*
                                                 275 Battery Street, 30th Floor
18                                               San Francisco, CA  94111-3339
                                                 Telephone:  (415) 956-1000
19                                               Facsimile:  (415) 956-1008

20                                               H. Laddie Montague, Jr.
                                                 *hlmontague@bm.net*
21                                               Ruthanne Gordon
                                                 *rgordon@bm.net*
22                                               Candice Enders
                                                 *cenders@bm.net*
23                                               BERGER & MONTAGUE, P.C.
                                                 1622 Locust Street
24                                               Philadelphia, PA 19103
                                                 Telephone:  (215) 875-3000
25                                               Facsimile:  (215) 875-4604

26                                               *Attorneys for Individual and Representative*
                                                 *Plaintiff Nathan Muchnick, Inc.*
27

28