| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and address): Richard M. Heimann (SBN: 063607) Joseph R. Saveri (SBN: 130064) Eric B. Fastiff (SBN: 182260) LIEFE, CABRASER, HEIMAN & BERNSTEIN, LLP 275 Battery Street, 30th Floor San Francisco, CA 94111-3339 <br><br> H. Laddie Montague, Jr., Ruthanne Gordon, Candice Enders BERGER & MONTAGUE, P.C. 1622 Locust Street Philadelphia, PA 19103 <br><br> **Attorney(s) for: Individual and Representative Plaintiff Nathan Muchnick Inc.** <br> Ref: 694293 | FOR COURT USE ONLY |
|---|---|
| **United States District Court Northern District of California** | |
| Plaintiff: Nathan Muchnick Inc. <br> Defendant: | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT | CASE NUMBER: CV 07 5981 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    *Summons in a Civil Case; EFC Registration Information Handout; Order Setting Initial Case Management Conference and or Deadlines; Civil Cover Sheet; & Class Action Complaint Jury Trial Demand*

2. a. Party served:      Samsung Electronics America, Inc.

   b. Witness served:    Tynesha Woolruf, Personally

   c. Address:           818 West Seventh Street
                         Los Angeles, CA 90017

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on:  11/28/07      at:   13:00

4. I received this documents for service on (date):  11/28/07

5. Person serving:
   John Aldana
   ABC LEGAL SERVICES
   520 TOWNSEND STREET, 1ST FLOOR
   SAN FRANCISCO, CALIFORNIA 94103
   (415) 503-0900

   a. Fee for service $

   d. Registered California process server
   (1) Employee or independent contractor
   (2) Registration No.: 52-61
   (3) County : Los Angeles

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 4, 2007

(John Aldana # 52-61)

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE