| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and address): | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Richard M. Heimann (SBN: 063607)<br>Joseph R. Saveri (SBN: 130064)<br>Eric B. Fastiff (SBN: 182260)<br>LIEFE, CABRASER, HEIMAN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br><br>H. Laddie Montague, Jr., Ruthanne Gordon, Candice Enders<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>**Attorney(s) for: Individual and Representative Plaintiff Nathan Muchnick Inc.**<br>Ref: 694288 | | | | |
| United States District Court Northern District of California | | | | |
| *Plaintiff: Nathan Muchnick Inc.*<br>*Defendant:* | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>CV 07 5981 |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    *Summons in a Civil Case; EFC Registration Information Handout; Order Setting Initial Case Management Conference and or Deadlines; Civil Cover Sheet; & Class Action Complaint Jury Trial Demand*

2. a. Party served:     Tatung Company of America, Inc.

   b. Witness served:     Ray Sekrinia, Personally

   c. Address:     2850 El Presido Street<br>Long Beach, CA 90810

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on: 11/29/07     at:     9:23 AM

4. I received this documents for service on *(date):* 11/28/07

5. Person serving:
   Leon Moore
   ABC LEGAL SERVICES
   520 TOWNSEND STREET, 1ST FLOOR
   SAN FRANCISCO, CALIFORNIA 94103
   (415) 503-0900

   a. Fee for service $

   d. Registered California process server
   (1) Employee or independent contractor
   (2) Registration No.: 4303
   (3) County : Los Angeles

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 4, 2007

(Leon Moore # 4303)

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE