| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| Richard M. Heimann (SBN: 063607)<br>Joseph R. Saveri (SBN: 130064)<br>Eric B. Fastiff (SBN: 182260)<br>LIEFE, CABRASER, HEIMAN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br><br>H. Laddie Montague, Jr., Ruthanne Gordon, Candice Enders<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>**Attorney(s) for: Individual and Representative Plaintiff Nathan Muchnick Inc.**<br>Ref: 694294 | |
| **United States District Court Northern District of California** | |
| *Plaintiff:* Nathan Muchnick Inc.<br>*Defendant:* | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>CV 07 5981 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   *Summons in a Civil Case; EFC Registration Information Handout; Order Setting Initial Case Management Conference and or Deadlines; Civil Cover Sheet; & Class Action Complaint Jury Trial Demand*

2. a. Party served:   Toshiba America Electronics

   b. Witness served:   Tynesha Woolruf, Personally

   c. Address:   818 West Seventh Street
   Los Angeles, CA 90017

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on:   11/28/07     at:   10:00 AM

4. I received this documents for service on *(date):*   11/28/07

5. Person serving:
   John Aldana
   ABC LEGAL SERVICES
   520 TOWNSEND STREET, 1ST FLOOR
   SAN FRANCISCO, CALIFORNIA 94103
   (415) 503-0900

   a. Fee for service $

   d. Registered California process server
   (1) Employee or independent contractor
   (2) Registration No.: 52-61
   (3) County : Los Angeles

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 4, 2007

(John Aldana # 52-61)

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE