1  Richard M. Heimann (State Bar No. 063607)
   *rheimann@lchb.com*
2  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
3  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
5  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
6  Facsimile: (415) 956-1008

7  *Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                (San Francisco Division)

12  | NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated, | Case No. CV-07-5981-SC |
    |---|---|
13  | Plaintiff, | |
14  | v. | **[PROPOSED]** ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
15  | CHUNGHWA PICTURE TUBES, LTD., *et al.*, | |
16  | Defendants. | The Honorable Samuel Conti |

17

18

19          Candice J. Enders an active member in good standing of the bar of Pennsylvania,

20  whose business address and telephone number is Berger & Montague, P.C., 1622 Locust Street,

21  Philadelphia, PA 19103, (800) 424-6690, having applied in the above-entitled action for

22  admission to practice in the Northern District of California on a *pro hac vice* basis, representing

23  Nathan Muchnick, Inc.

24          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

25  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

26  *hac vice*. Service of papers upon and communication with co-counsel designated in the

27  ///

28  ///

1  application will constitute notice to the party.  All future filings in this action are subject to the
2  requirements contained in General Order No. 45, *Electronic Case Filing*.
3
4  Dated:  December 10, 2007
5                                              The Honorable Samuel Conti
6                                              United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court Northern District of California]*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28