Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

CHUNGHWA PICTURE TUBES, LTD., *et al*.,

Defendants.

Case No. CV-07-5981-SC

**~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

The Honorable Samuel Conti

Ruthanne Gordon, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, (800) 424-6690, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Nathan Muchnick, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

///

///

application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 10, 2007

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Samuel Conti

NORTHERN DISTRICT OF CALIFORNIA

The Honorabl[obscured] Conti
Uni[obscured]ge