GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

STEVEN A. REISS
Email: steven.reiss@weil.com
DAVID L. YOHAI
Email: david.yohai@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

JEFFREY L. KESSLER
Email: jkessler@dl.com
A. PAUL VICTOR
Email: pvictor@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendant
PANASONIC CORPORATION OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES. LTD.; TATUNG COMPANY OF AMERICA, INC.; | Case No. CV 07 5981-SC<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | LG ELECTRONICS INC; LG PHILIPS DISPLAY USA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; PANASONIC CORPORATION OF NORTH AMERICA; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SDI CO., LTD. f/k/a SAMSUNG DISPLAY DEVICE CO.; TOSHIBA CORPORATION TOSHIBA AMERICA ELECTRONICS COMPONENTS INC.; TOSHIBA AMERICA INFORMATION SYSTEMS INC.; MT PICTURE DISPLAY COMPANY; MT PICTURE DISPLAY CORPORATION OF AMERICA (New York); MT PICTURE DISPLAY CORPORATION OF AMERICA (Ohio); and LP DISPLAYS,<br><br>                   Defendants. |

WHEREAS Plaintiff Nathan Muchnick, Inc. ("Plaintiff") filed a complaint in the above-captioned case on or about November 27, 2007;

WHEREAS Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of Cathode-Ray Tubes and products containing Cathode-Ray Tubes (collectively, "CRT products");

WHEREAS six complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers, distributors, and sellers of CRT products (collectively, "the CRT Cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the CRT cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. A response to the motion has been filed, and the parties anticipate that additional responses will be filed by plaintiffs and various defendants;

STIPULATION RE EXTENSION OF TIME                                                    Case No. CV 07 5981 - MEJ
NY1:\1529402\03\WS3#03!.DOC\62130.0354                    2

WHEREAS Plaintiff anticipates the possibility of Consolidated Amended Complaints in the CRT Cases;

WHEREAS Plaintiff and Defendant Panasonic Corporation of North America ("PNA") have agreed that an orderly schedule for any response to the pleadings in the CRT Cases would be more efficient for the parties and for the Court;

WHEREAS Plaintiff agrees that the deadline for PNA to answer, move, or otherwise respond to the Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the CRT Cases; or (2) forty-five days after Plaintiff provides written notice to PNA that Plaintiff does not intend to file a Consolidated Amended Complaint, provided however, that in the event that PNA should agree to an earlier response date in any CRT case, PNA will respond to the Complaint in the above-captioned action on that earlier date;

WHEREAS Plaintiff further agrees that this extension is available, without further stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of their intention to join this Stipulation;

WHEREAS this Stipulation does not constitute a waiver by PNA of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, with respect to any named defendant joining the stipulation, this Stipulation does not constitute a waiver of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT PNA, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE

AS FOLLOWS:

1. The deadline for PNA to answer, move, or otherwise respond to the Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the CRT Cases; or (2) forty-five days after Plaintiff provides written notice to PNA that Plaintiff does not intend to file a Consolidated Amended Complaint, provided however, that in the event that PNA should agree to an earlier response date in any CRT case, PNA will respond to the Complaint in the above-captioned action on that earlier date.

2. This extension is available, without further stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of their intention to join this Stipulation;

3. This Stipulation does not constitute a waiver by PNA, or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

By his signature below, counsel for Panasonic Corporation attests under penalty of perjury that counsel for Nathan Muchnick, Inc. concurs in the filing of this Stipulation.

**IT IS SO STIPULATED**.

DATED:  December 10, 2007

By: s/Ruthanne Gordon
H. Laddie Montague, Jr.
Ruthanne Gordon
Candice Enders
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia PA  19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604

Richard M. Heimann (State Bar No. 063607)
Joseph R. Saveri (Srate Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for individual and Representative Plaintiff Nathan Muchnick, Inc.

By: s/Gregory D. Hull
Gregory D. Hull (57367)
Joseph R. Wetzel  (238008)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Steven A. Reiss
David L. Yohai
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Jeffrey L. Kessler
A. Paul Victor
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendant Panasonic Corporation of North America



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

STIPULATION RE EXTENSION OF TIME
NY1:\1529402\03\WS3#03!.DOC\62130.0354

5

Case No. CV 07 5981 - MEJ