Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Candice J. Enders (State Bar No. 92107)
*cenders@bm.net*
BERGER & MONTAGUE, P.C.
1622 Locust Steet
Philadelphia, PA 19103
Telephone:  (800) 424-6690
Facsimile:  (215) 875-4604

*Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants. | Case No. CV-07-5981-SC<br><br>**NOTICE OF APPEARANCE**<br><br>The Honorable Samuel Conti |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Candice Enders of the law firm of Berger & Montague, P.C., enters her appearance as counsel on behalf of plaintiff NATHAN MUCHNICK, INC. and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to her.

Dated:  December 14, 2007         Respectfully submitted,

                                  BERGER & MONTAGUE, P.C.

                                  */s/ Candice J. Enders*
                                  Candice J. Enders

741296.1                -1-       NOTICE OF APPEARANCE OF CANDICE J. ENDERS
                                  CASE NO. CV-07-5981-SC