Bruce L. Simon (Bar No. 96241)
 bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
 eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

P. John Brady
 jbrady@stklaw.com
Daniel D. Owen
 dowen@stklaw.com
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509

*Attorneys for Plaintiff Crago, Inc. and the Proposed Direct Purchaser Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| Crago, Inc., on behalf of itself and others similarly situated.<br><br>Plaintiff,<br><br>vs.<br><br>Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Irico Display Devices Co., Ltd., LG Electronics, Inc., Matsushita Electric Industrial Co, Ltd., Panasonic Corporation of North America, Orion Electric Co., Ltd., Orion America, Inc., Koninklijke Philips Electronics N.V., Philips Electronics North America, Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samtel Color, Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Matsushita Toshiba Picture Display Co., Ltd., and LP Displays International, Ltd.<br><br>Defendants. | Case No. C07-5944 SC<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND COMPLAINTS IN RELATED ACTIONS** |

1   WHEREAS the undersigned plaintiff has filed the above-captioned case;

2   WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of Cathode-Ray Tubes and products containing Cathode-Ray Tubes (collectively "CRT products");

5   WHEREAS six complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers, distributors, and sellers of CRT products (collectively "the CRT Cases");

9   WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the CRT cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407, a response to the motion supporting coordination or consolidation has been filed, and plaintiff and defendant Samsung SDI America, Inc. anticipate that additional responses will be filed;

14  WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the CRT Cases;

16  WHEREAS plaintiff and Samsung SDI America, Inc. have agreed that an orderly schedule for any response to the pleadings in the CRT Cases would be more efficient for the parties and for the Court;

19  WHEREAS plaintiff agrees that the deadline for Samsung SDI America, Inc. to answer, move, or otherwise respond to its Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the CRT Cases; or (2) forty-five days after plaintiff provides written notice to Samsung SDI America, Inc. that plaintiff does not intend to file a Consolidated Amended Complaint, provided however, that in the event that Samsung SDI America, Inc. should agree to an earlier response date in any CRT case, Samsung SDI America, Inc. will respond to the Complaint in the above-captioned action on that earlier date;

27  WHEREAS plaintiff further agrees that this extension is available, without further stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in

writing of their intention to join this Stipulation;

WHEREAS this Stipulation does not constitute a waiver by Samsung SDI America, Inc. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, with respect to any named defendant joining the Stipulation, this Stipulation does not constitute a waiver of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT SAMSUNG SDI AMERICA, INC., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Samsung SDI America, Inc. to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the CRT Cases; or (2) forty-five days after plaintiff provides written notice to Samsung SDI America, Inc. that plaintiff does not intend to file a Consolidated Amended Complaint, provided however, that in the event that Samsung SDI America, Inc. should agree to an earlier response date in any CRT case, except by court order, Samsung SDI America, Inc. will respond to the Complaint in the above-captioned case on that earlier date.

2. This extension is available, without further stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of their intention to join this Stipulation;

3. This Stipulation does not constitute a waiver by Samsung SDI America, Inc., or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

/ / /

1     IT IS SO STIPULATED.

3 DATED: December 13, 2007     By:    /s/ Bruce L. Simon
Bruce L. Simon (Bar No. 92641)
bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
eklisura@psswplaw.com
PEARSON, SIMON, SOTER,
  WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

P. John Brady
  jbrady@stklaw.com
Daniel D. Owen
  dowen@stklaw.com
SHUGHART THOMSON &
  KILROY, P.C.
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509

*Attorneys for Plaintiff Crago, Inc. and the Proposed Direct Purchaser Class*

19 DATED: December 13, 2007     By:    /s/ Michael W. Scarborough
Michael W. Scarborough
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 774-3234
Facsimile: (415) 434-3947

*Attorneys for Defendant Samsung SDI America, Inc.*

26     Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Michael W. Scarborough.

28 / / /

4

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT, to conserve party and judicial resources and in light of the proceedings currently pending before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all pending CRT Cases to one Court, this extension is available in all related actions (both current actions and those to be related in the future) to any defendant that provides written notice to plaintiff's counsel in such action of this Order and its intention to join this extension, without further stipulation with counsel for plaintiff(s) in the related actions.

Dated: __12/19/07_____

_____
Honorable
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*