Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*and Additional Counsel as Noted Below*

*Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| This Document Relates to:<br><br>NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al*.,<br><br>Defendants. | Case No. CV-07-5981-SC<br><br>**NOTICE OF APPEARANCE**<br><br>The Honorable Samuel Conti |

PLEASE TAKE NOTICE that attorney Brendan Glackin of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, located at 275 Battery Street, 30th Floor, San Francisco, California 94111 hereby appears as additional attorney of record, together with the other

attorneys of record, on behalf of Individual and Representative Plaintiff Nathan Muchnick, Inc., in *Nathan Muchnick, Inc., et al. v. Chunghwa Picture Tubes, Ltd, et al.*, Case No. CV-07-5981-SC.

      Brendan Glackin respectfully requests that copies of all papers in the above-captioned action be served upon him.

Dated:  January 24, 2008          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:     /s/ *Eric B. Fastiff*
       Eric B. Fastiff

Richard M. Heimann (State Bar No. 063607)
Joseph R. Saveri  (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

H. Laddie Montague, Jr. (*pro hac vice*)
*hlmontague@bm.net*
Ruthanne Gordon (*pro hac vice*)
*rgordon@bm.net*
Candice J. Enders (*pro hac vice*)
*cenders@bm.net*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (800) 424-6690
Facsimile:  (215) 875-4604

*Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*