UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

MDL 1917

C-07-5944           SAMUEL CONTI          DATE July 11, 2008
Case Number         Judge

Title: IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Attorneys: SEE ATTACHED SHEET FOR APPEARANCES

Deputy Clerk: T. De Martini    Court Reporter: Joan Columbini

PROCEEDINGS

Status Conference - Held

Intervenor U.S. Department of Justice, Antitrust Division's Motion for a Limited Stay of Discovery

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to 9/5/08 @ 10:00 a.m. for Intervenor's Motion


ORDERED AFTER HEARING: The parties are to meet with Judge Charles A. Legge, Special Master, and attempt to resolve the Intervenor's Motion for Limited Stay of Discovery.  If the parties are unable to resolve the matter, it will be heard before Judge Conti on September 5, 2008 at 10:00 a.m.

cc

MDL 1917  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

C-07-5944  CRAGO, INC., et al. -v- CHUNGHWA PICTURE TUBES, LTD., et al.
Status Conference                                                    (Antitrust)

HONORABLE CHARLES A. LEGGE , SPECIAL MASTER

| PLAINTIFFS | DEFENDANTS |
|---|---|
| RICK SAVERI | DAVID EVANS |
| GUIDO SAVERI | JIM McGINNIS |
| MARIO ALIOTO | JEFFREY KESSLER |
| LAUREN RUSSELL | JOSEPH TIFFANY |
| BRUCE SIMON | LUCIUS LAU |
| THERESA MOORE | ETHAN LITWIN |
| KATHY MONDAY | CURT HOLBREICH |
| JOE PATANE | TERENCE CALLAN |
| BRENDAN GLACKIN | MICHAEL LAZERWITZ |
| CRAIG CORBITT | ROXANE BUSEY |

INTERVENOR UNITED STATES OF AMERICA, JEAN HAMILTON